IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00517-RPM

ALCOHOL MONITORING SYSTEMS, INC.,

      Plaintiff,

v.

BRIAN K. PHILLIPS,

      Defendant.

_____

ORDER GRANTING EXTENSION OF TIME TO ANSWER
_____

Upon consideration of the Amended Second Motion to Extend the Time for Filing Defendant's Answer to the Complaint [9], filed on April 28, 2009, it is

ORDERED that the deadline for filing an answer to the complaint is extended to and including June 1, 2009.

DATED:   April 29th, 2009

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior Judge