IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00517-RPM

ALCOHOL MONITORING SYSTEMS, INC.,

    Plaintiff,

v.

BRIAN K. PHILLIPS,

    Defendant.

_____

### ORDER VACATING SCHEDULING CONFERENCE AND CLOSING CASE
_____

    Pursuant to the Stipulated Order, signed July 6th, 2009, it is

    ORDERED that the July 29, 2009 Scheduling Conference vacated and this civil action is closed.

    DATED: July 6th, 2009

                                 BY THE COURT:

                                 s/Richard P. Matsch
                                 _____
                                 Richard P. Matsch, Senior Judge